UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARY KALBACH,

      Plaintiff,

v.

COMMISSIONER OF SOCIAL
SECURITY,

      Defendant.
_____/

Case No. 1:06-CV-284

Hon. Gordon J. Quist

## ORDER AND JUDGMENT
## APPROVING REPORT AND RECOMMENDATION

The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties on April 3, 2007. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed April 3, 2007, is approved and adopted as the opinion of the court. The Commissioner's decision is **reversed and remanded** pursuant to sentence four of 42 U.S.C. § 405(g) for a re-evaluation of Nurse Walters' opinions regarding (1) Plaintiff's need to elevate her legs and (2) the extent that Plaintiff needs to avoid prolonged standing or walking.

This case is **concluded**.

Dated: May 17, 2007

                                                  /s/ Gordon J. Quist
                                                GORDON J. QUIST
                                           UNITED STATES DISTRICT JUDGE